**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6463**

———————

JAMES H. LESTER,

Plaintiff - Appellant,

versus

READY, Dentist; C. D. LARSEN; W. P. ROGERS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-00-218-3)

———————

Submitted: July 26, 2001          Decided: August 2, 2001

———————

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James H. Lester, Appellant Pro Se. Frank Fletcher Rennie, IV, COWAN & OWEN, P.C., Richmond, Virginia; Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James H. Lester appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lester v. Ready</u>, No. CA-00-218-3 (E.D. Va. Feb. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>